

**BALDASSARE & MARA, LLC**

**VIA ECF**

September 13, 2023

Hon. Tonianne J. Bongiovanni,
  United States Magistrate Judge
United States District Court, District of New Jersey
402 E. State Street
Trenton, NJ 08608

      Re:    *HealthMax Medical Technology, Ltd. v. All American Health LLC, et al.*,
               Civil Action No. 3:23-cv-3296 (RK)(TJB)

Dear Judge Bongiovanni:

    This firm serves as local counsel for Plaintiff HealthMax Medical Technology, Ltd. in the above-referenced matter. We write to withdraw Plaintiff's pending Motion for Substituted Service on Defendant Daniel Lauture (ECF No. 11) as moot, in light of counsel for Defendant Lauture's Acknowledgment of Service (ECF No. 19).

    We thank the Court for its attention to this matter.

                                              Respectfully,

                                              Jennifer Mara

cc:    All Counsel of Record (via ECF)