Jennifer Mara, Esq.
**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 200-4066
F: (973) 556-1076
E: jmara@mabalaw.com

Eric A. Plourde, Esq. (*pro hac vice*)
Jack Shaw, Esq. (*pro hac vice*)
**PROCOPIO, CORY,**
  **HARGREAVES & SAVITCH LLP**
525 B Street, Suite 2200
San Diego, CA 92101

*Attorneys for Plaintiff*
*HealthMax Medical Technology Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEALTHMAX MEDICAL TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALL AMERICAN HEALTH LLC and DANIEL LAUTURE, <br><br> Defendants. | Civil Action No.: 3:23-cv-03296 <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court upon the motion of Plaintiff HealthMax Medical Technology Ltd. ("HealthMax" or "Plaintiff"), upon the filing of a First Amended Complaint and Brief, for an Order, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Local Civil Rule 65.1, and the Court's inherent equity powers, *inter alia*, temporarily and preliminarily enjoining and restraining Defendants All American Health LLC ("AAH") and Daniel Lauture ("Lauture") (the "Motion"), and the Court having considered the facts and law set forth in the First Amended Complaint and Brief in Support of the Motion, as well as the Certification of Eric A. Plourde in Support of the Motion, the Certification of Zoe Wong in Support of the Motion, and the pleadings and papers on file in this action, and for good cause shown,

**IT IS** on this ___10th___ day of ___October___, 2023,

**ORDERED** that:

1. PNC Bank shall authorize a change in signatories to Xian Zhang of APU and shall take all steps necessary to add the name of Xian Zhang to the PNC Account. PNC Bank shall remove the names all persons, including Lauture, from the records of the PNC Account, other than Xian Zhang.

2. TD Bank shall authorize a change in signatories to Xian Zhang of APU and shall take all steps necessary to add the name of Xian Zhang to the TD Account.

TD Bank shall remove the names all persons, including Lauture, from the records of the TD Account, other than Xian Zhang.

3. PNC Bank shall provide HealthMax with access to, and copies of, all books and records related to the PNC Account upon request. To the extent the PNC Account has been closed or archived, PNC Bank shall nevertheless provide HealthMax with access to, and copies of, all books and records related to the PNC Account upon request.

4. TD Bank shall provide HealthMax with access to, and copies of, all books and records related to the TD Account upon request. To the extent the TD Account has been closed or archived, TD Bank shall nevertheless provide HealthMax with access to, and copies of, all books and records related to the TD Account upon request.

5. HealthMax shall not withdraw, transfer, pledge, encumber, dissipate, otherwise dispose of any of the monies contained in the TD or PNC Accounts without Court approval.

_____
HON. ROBERT KIRSCH,
UNITED STATES DISTRICT JUDGE