So Ordered this 5-th day of June, 2024.

[signature]



**BALDASSARE & MARA, LLC**

**VIA ECF**

June 4, 2024

Hon. Tonianne J. Bongiovanni,
 United States Magistrate Judge
United States District Court, District of New Jersey
402 E. State Street
Trenton, NJ 08608

  Re: *HealthMax Medical Technology, Ltd. v. All American Health LLC, et al.*,
     Civil Action No. 3:23-cv-3296 (RK)(TJB)

Dear Judge Bongiovanni:

  This firm serves as local counsel for Plaintiff HealthMax Medical Technology, Ltd. in the above-referenced matter. On May 1, 2024, Your Honor ordered Plaintiff to file its Motion for Default Judgment on or before June 7, 2024. We write to request a two-week extension of that deadline, allowing for Plaintiff to file by June 21, 2024.

  If this request meets with the Court's approval, we ask that Your Honor so order this letter to be filed on the docket.

  We thank the Court for its attention to this matter.

            Respectfully,

            [signature]

            Jennifer Mara

cc: All Counsel of Record (via ECF)